THE COURT OF CRIMINAL APPEALS OF TEXAS

P.O.BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

Sedric Houston

TDCJ-CID #1881073

Connally Unit

899F.M. 632

Kenedy, Texas 78119

October 1, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

Re: Sedric Houston V. The State, Case Number.CR-12-0941

Dear Clerk,

Can you please provide me with the dates for when my Appeal was affirmed, and my PDR being denied. I thank you for your time, effort and prompt attention regarding this matter.

Respectfully Submitted,

x _Sedric Houston_
SEDRIC HOUSTON

CC/Filed...